IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| In re:<br><br>ELENAROSE CAPITAL, LLC, et al,[1]<br><br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-70665-AKM-11 |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that James D. Johnson, of the law firm of JACKSON KELLY PLLC, hereby enters his appearance in this case as attorney for KTB Equity, Inc. ("KTB"), and requests that copies of all notices, pleadings, and other matters filed in this case be served on counsel at the following addresses:

> James D. Johnson
> Jackson Kelly PLLC
> 221 N.W. Fifth Street
> P.O. Box 1507
> Evansville, IN 47706
> Telephone: (812) 422-9444
> Email: jdjohnson@jacksonkelly.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive KTB's (i) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (ii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iii) right to have final orders in non-core matters entered only after de novo review by a District Judge; (iv) right, absent consent of the parties, to have any matter on which this Court

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's federal tax identification number are, Elmer Buchta Trucking LLC (9591); Transport Acquisitions LLC (5931); Buchta Leasing, LLC (1217); WBF, LLC (4264); and ElenaRose Capital LLC (0259). The Debtors have a pending motion for joint administration (Docket No. 7).

1

cannot enter final orders or judgments, consistent with Article III of the United States Constitution, to be heard by the District Court; (v) rights against any entity or person liable for all or part of any claim, regardless of whether that entity or person is a debtor or non-debtor; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments to which KTB is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments KTB expressly reserves.

Respectfully Submitted,

JACKSON KELLY PLLC

/s/ James D. Johnson
James D. Johnson, #11984-49
221 N.W. Fifth Street
P.O. Box 1507
Evansville, IN 47706
Telephone: (812) 422-9444
Email: jdjohnson@jacksonkelly.com

And

Chacey R. Malhouitre (KY Bar # 91019)
Jackson Kelly PLLC
100 W. Main Street, Ste. 700
Lexington, KY 40507
Telephone: (859) 255-9500
Email: chacey.malhouitre@jacksonkelly.com
*Counsel for KTB Equity, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all counsel of record and parties registered to receive notice in this case.

/s/ James D. Johnson
James D. Johnson, #11984-49
JACKSON KELLY PLLC
221 N.W. Fifth Street
P.O. Box 1507
Evansville, IN 47706
Email: jdjohnson@jacksonkelly.com
*Counsel for KTB Equity, Inc.*