IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| IN RE:<br><br>ELENAROSE CAPITAL LLC,<br><br><br>Debtor. | CASE NO. 23-70665-AKM-11 |
|---|---|

**APPEARANCE FOR THE UNITED STATES TRUSTEE**

The undersigned appears on behalf of the United States Trustee in this case:

Matthew J. Miller
OFFICE OF THE UNITED STATES TRUSTEE
Birch Bayh Federal Bldg. and
United States Courthouse
46 E. Ohio St., Room 520
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Matthew.Miller@usdoj.gov


Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By: /s/ Matthew J. Miller
Matthew J. Miller
Office of the United States Trustee
Birch Bayh Federal Bldg. and
United States Courthouse
46 E. Ohio St., Room 520
Indianapolis, IN 46204
Tel. (317) 226-6101
Fax (317) 226-6356
Matthew.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Anthony Thomas Carreri    ACarreri@kgrlaw.com, dgastenveld@kgrlaw.com

Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com

Chacey R. Malhouitre    chacey.malhouitre@jacksonkelly.com, ble@jacksonkelly.com;crford@ecf.courtdrive.com

Jason T. Mizzell    jmizzell@kgrlaw.com, kwhigham@kgrlaw.com;cresler@kgrlaw.com

Weston Erick Overturf    woverturf@kgrlaw.com, dgastenveld@kgrlaw.com

James E Rossow    jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@bluestylus.com

I further certify that on September 13, 2023, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

ElenaRose Capital LLC
345 Bluewater Falls Ct.
Apollo Beach, FL 33572

                    /s/ Matthew J. Miller
                    Matthew J. Miller
                    Office of the United States Trustee
                    Birch Bayh Federal Bldg. and
                    United States Courthouse
                    46 E. Ohio St., Room 520
                    Indianapolis, IN 46204
                    Tel. (317) 226-6101
                    Fax (317) 226-6356
                    Matthew.Miller@usdoj.gov